FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Rosendo Flores-Bernal ) <br> ) <br> Defendant. ) | Case No.: ED 11-0076 M <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 <br> U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- INSUFFICIENT BACKGROUND INFORMATION
- INSUFFICIENT BAIL RESOURCES
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS
- APPARENTLY UNDOCUMENTED IMMIGRATION STATUS
- PRIOR DEPORTATIONS

1 and/or

2 B.  ( )  The defendant has not met his/her burden of establishing by clear and
3       convincing evidence that he/she is not likely to pose a danger to the
4       safety of any other person or the community if released under 18
5       U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 3/8/11

   *[signature]*
   HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge